UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 2:21–mj–4

v.                         Hon. Maarten Vermaat

KARL DRESCH,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   First Appearance
Date/Time:   January 20, 2021   03:00 PM
Magistrate Judge:   Maarten Vermaat
Place/Location:   by video

*The public may access this hearing by dialing 888–363–4734 and using this access code 2739526#.*

                               MAARTEN VERMAAT
                               U.S. Magistrate Judge

Dated:  January 20, 2021       By:   /s/ A. E. Robinson
                                        Deputy Clerk