UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.   2:21-mj-00004

v.

COMPLAINT
**PENALTY SHEET**

KARL DRESCH,

        Defendant.

_____/

**COUNT 1 – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions – 18 U.S.C. § 1752(a)(1), (2)**

**Maximum penalty:**  Not more than one year's imprisonment and/or a $100,000 fine [18:3571]
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class A Misdemeanor, 18:3559)
**Special Assessment**: $25 [18 U.S.C. § 3013]

**COUNT 2 – Violent Entry and Disorderly Conduct on Capitol Grounds – 40 U.S.C. § 5104(e)(2)**

**Maximum penalty:**  Not more than six months' imprisonment and/or a $5,000 fine [18:3571]
**Special Assessment**: $10 [18 U.S.C. § 3013]

**COUNT 3 – Obstructing an Official Proceeding – 18 U.S.C. § 1512(c)**

**Maximum penalty:**  Not more than twenty years' imprisonment and/or a $250,000 fine [18:3571]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18:3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

Date:  January 20, 2021         /s/Theodore J. Greeley
                                               Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046