## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Karl Dresch | Mag. Judge: Maarten Vermaat |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:21-mj-4 | 1/22/2021 | 1:01 pm - 1:51 pm | Marquette | |

**APPEARANCES:**

| Government: Theodore Greeley | Defendant: Elizabeth LaCosse | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __<br>Reading Waived __ |

### TYPE OF HEARING
__ First Appearance
__ Arraignment:
  __ mute   __ nolo contendre
  __ not guilty   __ guilty
__ Initial Pretrial Conference
✓ Detention   (waived __)
__ Preliminary   (waived __)
__ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS
__ Defendant's Rights
__ Waiver of _____
__ Consent to Mag. Judge for _____
__ Other: _____

Court to Issue:
__ Report & Recommendation
__ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
__ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Hearing conducted by video with Defendant's consent.

Argument on the record.  Motion for detention granted.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __Yes   __No
Defendant informed of right to appeal:   __Yes   __No
Counsel informed of obligation to file appeal:  __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded via Zoom | **Courtroom Deputy:** C. Moore |